ERIKA DENECKE, Appellant, v. PROPERTY COLLATERALS, INC., and Another, Defendants, and THE CITY OF NEW YORK, Respondent.— In an action to recover damages for personal injuries claimed to have been sustained by the plaintiff as the result of falling on an icy sidewalk, judgment dismissing the complaint as against defendant The City of New York on the ground that the notice of intention to sue was insufficient unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ.

ABRAHAM G. FEUERSTEIN, Respondent, v. A. FEDER Co., INC., and ABRAHAM FEDER and JOSEPH ROSINSKY, as Officers and Directors of A. FEDER Co., INC., and ABRAHAM FEDER and JOSEPH ROSINSKY, Individually, Appellants.— Order granting plaintiff's motion for the appointment of a temporary receiver reversed on the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. In our opinion, the showing is insufficient to warrant the appointment of a temporary receiver. Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ., concur.

LAWRENCE C. FISH, JR., as Trustee in Bankruptcy of SOL DEITEL, Doing Business under the Firm Name and Style of ORCHARD SHOE & SLIPPER Co., Appellant, v. RUDOLPH CONFIELD, Respondent.— On appeal by plaintiff, a trustee in bankruptcy, from a judgment in favor of the defendant, a marshal of the city of New York, in an action for damages for alleged conversion of personal property of the bankrupt through a sale upon executions issued out of the Municipal Court of the City of New York, which sale was allegedly not conducted according to law by the defendant, the executions having been issued prior to the bankruptcy, judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Davis, Johnston, Adel and Taylor, JJ.